UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENZEL R. DORSEY,<br><br>　　　　　　　Petitioner,<br>　v.<br>WILLIAM REUBART, et al.<br>　　　　　　　Respondents. | Case No. 3:22-cv-00508-ART-CSD<br><br>**Order Directing Petitioner to Submit Application to Proceed *In Forma Pauperis* or Pay Filing Fee** |

　　　　Denzel R. Dorsey has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. (ECF No. 1-1.) He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

　　　　This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

　　　　**IT IS THEREFORE ORDERED** that within **30 days** of the date of this order petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

　　　　**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice.

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court send to petitioner two copies of the application to proceed *in forma pauperis*, with instructions.

**IT IS FURTHER ORDERED** that the Clerk retain the petition but not file it at this time.

DATED THIS 12th day of January 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE